IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY GEORGE FREEMAN, SR. : CIVIL ACTION
:
v. :
:
CITY OF CHESTER, PENNSYLVANIA, :
et al. : NO. 10-2830

ORDER

AND NOW, this 19th day of August, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants to dismiss the complaint is GRANTED without prejudice to plaintiff's right to file an amended complaint, on or before September 2, 2010, that contains sufficient allegations to state a claim for relief against the City of Chester under 42 U.S.C. § 1983.

BY THE COURT:


/s/ Harvey Bartle III
C.J.