```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ANTHONY GEORGE FREEMAN, SR.      :       CIVIL ACTION
                                 :
         v.                      :
                                 :
CITY OF CHESTER                  :       NO. 10-2830
```

ORDER

AND NOW, this 14th day of October, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the defendant to dismiss the amended complaint of plaintiff is GRANTED.

                                                BY THE COURT:


                                        /s/ Harvey Bartle III
                                                                       C.J.